UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD OBANDO-OBANDO | Case No. 3:25-CR-90-CCB-SJF |

### **ORDER**

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed October 30, 2025. (ECF 7). Defendant Donald Obando-Obando pleaded guilty to Count 1 of the Information charging him with falsely representing, with intent to deceive, a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him in violation of 42 U.S.C. § 408(a)(7)(B). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to Count 1 as charged in the Information is hereby accepted, and the defendant is adjudged guilty of the offense.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the

basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on November 14, 2025.

                                             /s/ *Cristal C. Brisco*
                                             CRISTAL C. BRISCO, JUDGE
                                             UNITED STATES DISTRICT COURT